

**ORDERED in the Southern District of Florida on September 24, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Jesus Avila                                    Case No: 14-20097
                                                        Chapter 13
            Debtor            /

### ORDER SUSTAINING OBJECTION TO CLAIM OF COMMERCE BANK

**THIS MATTER** having come to be heard on this 16th day of September, 2014 upon Debtor's Objection to Claim of Commerce Bank (claim no. 3) [DE 35] and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1.    The objection to the proof of claim of Commerce Bank (claim #3) is SUSTAINED.

2.    The arrearage is stricken.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.