# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ _____Fourth_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:**  JESUS AVILA   JOINT DEBTOR:_____CASE NO.:_14-20097-RAM_
Last Four Digits of SS# XXX-XX-1524  Last Four Digits of SS# _XXX-XX-_

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.    $_1,242.39_ for months __1__ to _60_; in order to pay the following creditors:

Administrative: Attorney's Fee - $_3650.00_  TOTAL PAID $2,500.00
               Balance Due  $_1,150.00__ payable $_115.00_/month  (Months _1_ to _10_ )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____   Arrearage on Petition Date   $_____
Address:_____   Arrears Payment  $_____/month  (Months ____ to ___)
_____   Regular Payment  $_____/month  (Months ____ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.  Internal Revenue Service_____  Total Due $_9,701.17_
               Payable  $_161.69_/month  (Months_1__ to _60_) Regular Payment $____

Unsecured Creditors: Pay $_841.46__/month (Months _1_ to _10_ ) and Pay $_956.46_/month (Months _11_ to _60_ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay 1st mortgage outside of the plan to Nation Star Mortgage (Account No.XXX-0841) on property located at 5355 W 10th Lane, Hialeah, FL 33012.

Debtor is surrendering all interest in Lot located at: 175 W Marimba Circle, Montura Ranches  Financed with Space Coast Credit Union (Account No.XXX-1070-01).

Debtor will continue to pay Ally Financial (Account No.XXX- 2570 ) outside of the plan for the 2005 GMC Sierra.

Debtors son has always made all the payments on the 2013 Cadillac ATS and  will continue to pay Ally Financial (Account No.XXX-7919) outside of the plan.

Debtor will continue to pay Commerce Bank (Account No.XXX-0001) for the 2008 Keystone Sprinter Travel Trailer outside of the plan.

Debtor will Assume the lease for Volkswagen Credit  (Account No.XXX-6323) for the 2012 Jetta outside of the plan.

Debtor will Assume the lease Mazda American Credit  (Account No.XXX-5330) for the 2011 Mazda CX.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.


*/s/ Jesus Avila*_____

Debtor                                                          Joint Debtor

Date:__11/10/2014_____                        Date:_____

LF-31 (rev. 06/02/08)