# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

CASE NO.: 14-20097-BKC-RAM
PROCEEDING UNDER CHAPTER 13

JESUS AVILA

DEBTOR _____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on December 23, 2015.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
☑ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727

☐ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877

☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.:  14-20097-BKC-RAM

## CERTIFICATE OF SERVICE

### COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
JESUS AVILA
5355 W 10TH LANE
HIALEAH, FL  33012-2460

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
********************
*** FAX TX REPORT ***
********************

        TRANSMISSION OK

JOB NO.              2422
DESTINATION ADDRESS  13055129701
SUBADDRESS
DESTINATION ID       Sanchez
ST. TIME             07/17 11:46
TX/RX TIME           00'34
PGS.                 1
RESULT               OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

07/16/15

In Re:     **14-20097 - BKC-**
           **JESUS AVILA**

Dear **ROBERT SANCHEZ, ESQUIRE**

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that [Creditor name] had agreed to the Debtor's treatment of its collateral. The Trustee has since received a copy of a Proof of Claim filed with the Bankruptcy Court.

The Proof of Claim is filed as such:

- ☐ A secured creditor [Court claim# ] is not provided for in the Plan
- ☐ A secured creditor [Court claim# ] is treated outside the Plan but the claim's arrearage is not addressed
- ☐ An unsecured priority creditor [Court claim# ] Plan does not conform to or is not provided for in the Plan
- ☐ Unresolved Objection to claim DE#[ ]
- ☐ Plan seeks to value collateral secured by [Creditor name] and no Motion to Value has been filed
- ☐ Motion to Value DE#[ ] with no Order
- ☐ Discrepancy in Order DE#[ ]
- ☐ **Plan fails to provide for 100% of allowed unsecured claims**
- ☐ Other:

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

MICHELLE LOPEZ