## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Jesus Avila                      Case No. 14-20097-RAM
                                            Chapter 13

_____ Debtor _____ /

## OBJECTION TO CLAIM

## IMPORTANT NOTICE TO CREDITOR:
## THIS IS AN OBJECTION TO YOUR CLAIM

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐      301 North Miami Avenue, Room 150, Miami, FL 33128

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|-----------|------------------|-----------------|-------------------------------------------------|
| 8 | Space Coast Credit Union | $32,843.20 | On or about August 25, 2014 Creditor filed a proof of claim in the amount of $32,843.20 with a secured portion of $4,680.00 with arrearages of $4,662.52. Pursuant to the confirmed plan, the Debtor surrendered the collateral in the plan. Debtor also states that the property was already foreclosed upon. Debtor requests for Creditor to provide documentation on docket within 30 days, showing that the property was sold for highest possible value. If so, then to the extent that an |

unsecured claim exists, creditor shall be treated as a general unsecured creditor. Otherwise, Debtor requests that the collateral surrendered to Creditor be in full satisfaction of the outstanding debt, that no unsecured portion exists, and thus requests no distribution from the Chapter 13 Trustee.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed on <u>February 8, 2016</u> to:

Space Coast Credit Union
c/o Douglas Samuels, CEO
POB 419001
Melbourne, FL 32941-9001

Space Coast Credit Union
Blaxberg, Grayson, & Kukoff, P.A.
c/o Alexis S. Read, Esq.
25 SE Second Avenue, Suite 730
Miami, FL 33131
Alexis.read@blaxgray.com

Space Coast Credit Union
c/o Douglas Samuels, CEO
8045 N. Wickham Rd
Melbourne, FL 32940

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
    [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).