UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                 Case No. 14-20097-RAM
                                                                             Chapter 13

Jesus Avila,

      Debtors.
_____/

**SPACE COAST CREDIT UNION'S**
**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #8**

Space Coast Credit Union (SCCU), through undersigned counsel, files this Response to Debtor's objection to claim #8 and states:

1. On August 25, 2014 SCCU filed a bifurcated proof of claim in part as a secured claim in the amount of $4,680.00 with arrearages in the amount of $4,662.52 and in part as a general unsecured claim in the amount of $28,163.20 for a parcel of vacant land located at 175 W. Marimba Circle, Clewiston, FL 33440.

2. SCCU has not sold the property as evidenced by the Property Appraiser printout showing Space Coast Credit Union as owner. SCCU continues to hold an unsecured claim in the amount of $28,163.20. Please see Exhibit "A".

WHEREFORE, SCCU respectfully requests that the Debtor's objections be overruled, and that SCCU's claim #8 be treated through the Plan as filed, and that the Court grant all other relief it deems appropriate.

Dated:  March 8, 2016

**BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.**
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida  33131
Phone: (305) 381-7979 x 333
Fax:    (305) 371-6816
E-mail:Isabel.colleran@blaxgray.com

By:     /s/ Isabel V. Colleran
         Isabel V. Colleran, Esq.
         Fla. Bar No: 450472

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on March 8, 2016, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive electronic notice and service for this case, and/or by regular U.S. Mail to:

| | |
|---|---|
| Robert Sanchez, Esq.<br>*Counsel for Debtor*<br>355 W 49 St.<br>Hialeah, FL 33012<br>court@bankruptcyclinic.com | Nancy K. Neidich<br>*Chapter 13 Trustee*<br>POB 279806<br>Miramar, FL 33027<br>e2c8f01@ch13herkert.com |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | |

By: /s/ Isabel V. Colleran
     Isabel V. Colleran, Esq.
     Fla. Bar No. 450472