3/8/2016                                                      D_SearchResults

# Hendry County Property Appraiser
updated: 3/8/2016

**Parcel:** 1-32-44-22-010-0061-011.0

[<< Next Lower Parcel] [Next Higher Parcel >>]  [Retrieve Tax Record] [Property Card] [GIS Map] [Print]  [2015 TRIM (pdf)] [Parcel List Generator]

## Owner & Property Info

<< Prev   Search Result: 3 of 5   Next >>

| Owner's Name | SPACE COAST CREDIT UNION | | |
|---|---|---|---|
| Site Address | 175 W MARIMBA CIR, MONTURA RANCHES | | |
| Mail Address | 8045 N WICKHAM RD MELBOURNE, FL 32940 | | |
| Use Desc. (code) | VACANT RESIDENTIAL (00000) | Current Exemptions | None $0.00 |
| Sec/Twp/Rng | 22/44/32 | Neighborhood | 100800.00 |
| Year Built | | Tax District | 25 |
| Heated Area | 0 (SF) | Market Area | 10 |
| Description | 23-44-32 MONTURA RANCH ESTATES FIRST S/D RESUB OF BLKS 61 68 + 69 LOT 11 NOTE: This description is not to be used as the Legal Description for this parcel in any legal transaction. | | |

### GIS Aerial


### Building Photo


<<   | 1 of 0 |   >>

## Property & Assessment Values

| | 2014 Final Values | 2015 Final Values |
|---|---|---|
| Total Market Value | $4,680.00 | $5,620.00 |
| Market Value of Ag Land | $0.00 | $0.00 |
| Classified Use Land Value | $0.00 | $0.00 |
| Just Value of Land | $4,680.00 | $5,620.00 |
| Save Our Home Savings (SOH) | $0.00 | $0.00 |
| Non Homestead Savings (NSOH) | $0.00 | $470.00 |
| School Assessed Value | $4,680.00 | $5,620.00 |
| Non School Assessed Value | $4,680.00 | $5,150.00 |
| Exemptions | None $0.00 | None $0.00 |
| School Taxable Value | $4,680.00 | $5,620.00 |
| Non School Taxable Value | $4,680.00 | $5,150.00 |
| Total Tax | $375.68 (2014) | $387.81 (2015) |

## Sales History

[Show Similar Sales in 1/2 mile radius]

| Sale Date | OR Book/Page | OR Inst.Type | Sale V/I (Qual) | Sale Price | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 4/7/2015 | 0890 \| 0278 | CT | V (11) | $100.00 | AVILA ODALYS JESUS | SPACE COAST CREDIT UNION |
| 3/9/2006 | 0730 \| 1871 | WD | V () | $47,000.00 | SAMOUR EDUARDO MIRIAM R | |
| 2/17/2005 | 694 \| 1394 | WD | V () | $30,000.00 | BHAJAN WILLIAM R | |
| 7/1/1988 | 0417 \| 0166 | WD | V () | $7,000.00 | | |

Hendry County Property Appraiser                                      updated: 3/8/2016

[<< Prev]      Result: 3 of 5      [Next >>]

**EXHIBIT A**

## Disclaimer

This information was derived from data which was compiled by the Hendry County Property Appraiser's Office solely for the governmental purpose of property assessment. This information should not be relied upon by anyone as a determination of the ownership of property or market value. No warranties, expressed or implied, are provided for the accuracy of the data herein, it's use, or it's interpretation. Although it is periodically updated, this information may not reflect the data currently on file in the Property Appraiser's office. The assessed values are NOT certified

values and therefore are subject to change before being finalized for ad valorem assessment purposes.

*Powered by:* GrizzlyLogic.com © Copyright 2001                                        © All Rights Reserved - Hendry County Property Appraiser