**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

\_\_\_\_\_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ __FIRST__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __JESUS AVILA__  JOINT DEBTOR: _____ CASE NO.: __14-20097-RAM__
Last Four Digits of SS# __XXX-XX-1524__  Last Four Digits of SS# __XXX-XX-__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __1,296.41__ for months __1__ to __23__; in order to pay the following creditors:
    B.    $ __1,507.79__ for months __24__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3650.00 + $525 (motion to modify) = 4,175__ TOTAL PAID $2,500.00
            Balance Due $ __1,675.00__      payable $ __50.00__ /month (Months __1__ to __23__);
                                  payable $ __525__ /month (Months __24__ to __24__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date  $_____
Address:_____  Arrears Payment $_____/month (Months \_\_\_ to \_\_)
_____  Regular Payment $_____/month (Months \_\_\_ to \_\_)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service     Total Due $ __9,701.17__
                            Payable $ __421.79__ /month (Months __1__ to __23__)

Unsecured Creditors: Pay $ __738.51__ /month (Months __1__ to __23__); Pay $ __832.01__ /month (Months __24__ to __24__); and Pay $ __1,357.01__/month (Months __25__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay 1st mortgage outside of the plan to Nation Star Mortgage (Account No.XXX-0841) on property located at 5355 W 10th Lane, Hialeah, FL 33012.

Debtor is surrendering all interest in Lot located at: 175 W Marimba Circle, Montura Ranches Financed with Space Coast Credit Union (Account No.XXX-1070-01).

Debtor will continue to pay Ally Financial (Account No.XXX- 2570) outside of the plan for the 2005 GMC Sierra.

Debtors son has always made all the payments on the 2013 Cadillac ATS and will continue to pay Ally Financial (Account No.XXX-7919) outside of the plan.

Debtor will continue to pay Commerce Bank (Account No.XXX-0001) for the 2008 Keystone Sprinter Travel Trailer outside of the plan.

LF-31 (rev. 06/02/08)

Debtor will Assume the lease for Volkswagen Credit (Account No.XXX-6323) for the 2012 Jetta outside of the plan.

Debtor will Assume the lease Mazda American Credit (Account No.XXX-5330) for the 2011 Mazda CX.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

| | |
|---|---|
| /s/ Robert Sanchez, Esq. | |
| Attorney for Debtor | Joint Debtor |
| Date: 04/08/2016 | Date: |

LF-31 (rev. 06/02/08)