

**ORDERED in the Southern District of Florida on April 11, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Jesus Avila                                     Case No. 14-20097-RAM
                                                        Chapter 13

_____Debtor_____/

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM OF SPACE COAST CREDIT UNION

**THIS MATTER** having come upon Debtor's Objection to Claim of Space Coast Credit Union [Claim #8; ECF#61], and the Creditor having agreed and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED:**

1. The Proof of Claim of Space Coast Credit Union (claim number 8) is allowed as an unsecured general claim up to, and not to exceed, $14,000.00.

2. Once Space Coast Credit Union receives the $14,000.00, the Trustee will not disburse any additional funds to Space Coast Credit Union under the plan going forward.

3. The secured portion of the claim will remain as filed but in no event shall the Creditor seek any distribution for the secured portion of the claim as it is agreed that the creditor has taken the surrendered collateral in full satisfaction of the portion of the secured claim.

4. The debtor retains the right to object to any amended claims filed by Space Coast Credit Union.

# # #

This order prepared by:
Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL  33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.